IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LE SON REED,

      Plaintiff,                           No. 2:10-cv-2628 KJN P

     vs.

UNITED STATES OF AMERICA,

      Defendant.                      <u>ORDER</u>

_____/

        Plaintiff, a federal prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

////

1	In this case, the claim arose in Santa Barbara County, which is in the Central
2 District of California.  Therefore, plaintiff's claim should have been filed in the United States
3 District Court for the Central District of California.  In the interest of justice, a federal court may
4 transfer a complaint filed in the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a);
5 <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

6	Accordingly, IT IS HEREBY ORDERED that:

7	1.  This court has not ruled on plaintiff's request to proceed in forma pauperis; and

8	2.  This matter is transferred to the United States District Court for the Central
9 District of California.

10 DATED:  September 29, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

reed2628.21